LODGED
CLERK, U.S. DISTRICT COURT
3/6/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: ___KM___ DEPUTY

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
JOHN J. LULEJIAN (Cal. Bar No. 186783)
Assistant United States Attorney
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0721
    Facsimile: (213) 894-0141
    E-mail:   John.Lulejian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
3/06/26
CENTRAL DISTRICT OF CALIFORNIA
BY: ___MR___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>RAFAEL ENRIQUE GAMEZ SALAS,<br>  aka "Adrian Rafael Gamez Finol,"<br>  aka "Turko,"<br><br>A Fugitive from the Government of the Republic of Chile. | No. 2:26-mj-01311-DUTY<br><br><u>COMPLAINT</u><br><br>FOR PROVISIONAL ARREST WITH A VIEW TOWARD EXTRADITION (18 U.S.C. § 3184); ORDER THEREON |

TO:  Honorable Pedro V. Castillo
     United States Magistrate Judge
     Central District of California

     I, JOHN J. LULEJIAN, being duly sworn, depose and state that I

am an Assistant United States Attorney for the Central District of

California and act for the United States in fulfilling its

obligations to the Government of the Republic of Chile ("Chile")

pursuant to the Extradition Treaty Between the Government of the

United States of America and the Government of the Republic of Chile,

U.S.-Chile, June 5, 2013, T.I.A.S. No. 16-1214 (the "Extradition Treaty").

In accordance with Title 18, United States Code, Section 3184, I charge on information and belief as follows:

1.    That the Government of Chile has requested the provisional arrest of the fugitive, Venezuelan national RAFAEL ENRIQUE GAMEZ SALAS, also known as ("aka") "Adrian Rafael Gamez Finol," aka "Turko," ("GAMEZ SALAS" or the "fugitive"), with a view toward his extradition, pursuant to Article 11 of the Extradition Treaty, which provides for the provisional arrest and detention of alleged fugitives pending the submission of a formal request for extradition and supporting documents.

2.    That according to the information provided by the Government of Chile, GAMEZ SALAS (DOB:  \*\*/\*\*/1986) is wanted by Chile so that he may be prosecuted for the following offenses:

a.    one count of criminal association, in violation of Article 293, section 2, of the Chilean Criminal Code;

b.    two counts of extortion, in violation of Article 438 of the Chilean Criminal Code;

c.    two counts of unjustified firearm discharge, in violation of Article 14(d) of Chile's Law No. 17,798;

d.    one count of kidnapping resulting in homicide, in violation of Article 141, section 5, of the Chilean Criminal Code; and

e.    one count of kidnapping for extortion, in violation of Article 141, section 3, of the Chilean Criminal Code.

3.   That the offenses for which GAMEZ SALAS's provisional arrest is sought were committed within the jurisdiction of Chile and are covered by Article 2 of the Extradition Treaty.

4.   That on or about January 10, 2025, Judge Carlos Cesar Moreno Briones, of the Eleventh Guarantee Court of Santiago, in Chile, a judicial officer authorized by Chilean law to issue warrants of arrest, issued a warrant in Chile for GAMEZ SALAS's arrest for these offenses.  The warrant remains valid and enforceable.

5.   That Chile presents the following facts, among others, related to the above offenses in support of its request for the provisional arrest of GAMEZ SALAS:

<u>**CRIMINAL ASSOCIATION**</u>

a.   Chilean authorities, by cross-referencing and analyzing evidence and information obtained from investigations of multiple homicides, extortive kidnappings, and other offenses committed in Chile -- including confiscated mobile devices, ballistics matches, cell telephone communications, surveillance footage, testimony, vehicles used in kidnappings, and locations used as hideouts for perpetrators and detention sites for victims, among other things -- identified a criminal organization called "<u>Los Piratas</u>" ("The Pirates") or "<u>Los Piratas de Aragua</u>" ("The Pirates of Aragua"), which operated in Santiago, Chile, and which Chilean authorities determined to be the primary Chilean cell of the Venezuelan transnational criminal organization <u>Tren de Aragua</u>.

b.   Through their investigation, Chilean authorities found that <u>Los Piratas</u> engaged in offenses including kidnappings, homicides, drug trafficking, extortion, and property-related offenses at the direction of individuals within and outside Chile.  Chilean

authorities also identified multiple members of Los Piratas, determined the command structure of the organization, and established links among firearms, vehicles, and kidnapping locations Los Piratas members used to commit multiple crimes.

   c. The investigation revealed that there were two principal leaders at the highest level of Los Piratas's organizational structure:

    i. Carlos Francisco Gomez Moreno, aka "Carlos Bobby," who, as one of the highest-ranking leaders of Tren de Aragua in Chile, oversaw the command and control of Los Piratas across South America and operated under the command and oversight of the founders and senior leaders of Tren de Aragua; and

    ii. GAMEZ SALAS, aka "Turko," who, under the supervision of Carlos Bobby in Chile and high-ranking Tren de Aragua leaders based outside Chile, commanded and directed Los Piratas and was responsible for issuing directives and instructions to other members as authorized by Carlos Bobby.

   d. Chile's investigation further revealed that, as the leader of Los Piratas, GAMEZ SALAS was responsible for, among other things, directly overseeing the organization's criminal activities in Chile; ensuring that financial resources generated for Los Piratas were transferred abroad; selecting kidnapping victims; assigning specific tasks to members of the organization; and instructing subordinates to obtain necessary resources, such as vehicles and firearms, for carrying out kidnappings.  GAMEZ SALAS was also responsible for enforcing compliance with the directives imposed by Los Piratas's upper hierarchy.  For example, after executing GAMEZ SALAS's orders, his subordinates were required to report back to him

for accountability.  In addition, GAMEZ SALAS issued direct instructions to members of Los Piratas to ensure the impunity of those involved in offenses.  GAMEZ SALAS maintained control over extortion operations, personally decided which victims would be targeted for extortion, and dictated the consequences if victims refused to comply.  In some cases (including some of the offenses detailed below), GAMEZ SALAS personally conducted extortion calls to victims or their family members to demand payments.

e.   The Chilean investigation also revealed that Los Piratas regularly used social networking and communication platforms, including WhatsApp, to plan and facilitate criminal activities. Leaders of the organization, including GAMEZ SALAS, created and used WhatsApp groups and social media to issue direct instructions to subordinates and to coordinate the execution of homicides, kidnappings, extortions, and other offenses by Los Piratas members. The WhatsApp and social media groups used by Los Piratas members featured recurrent use of pirate imagery as a common insignia, frequent use of pirate flag emojis in WhatsApp group messages, and social media posts displaying firearms alongside skull-and-crossbones images.

f.   On or about April 10, 2024, Los Piratas members engaged in an armed confrontation with Chilean police officer Lieutenant E.S.S., resulting in the deaths of both Lieutenant E.S.S. and one of the Los Piratas operatives.  The following day, on or about April 11, 2024, in connection with Chile's investigation of Lieutenant E.S.S.'s homicide, Chilean authorities arrested three suspects, including Los Piratas members Josue David Ramirez Oliveros ("Ramirez Oliveros") and Yolvi Gonzalez Arcaya ("Gonzalez Arcaya"),

and seized their cellular telephones.  Following the arrests, Chilean authorities searched those telephones in connection with various investigations.  Analyses of the telephone data revealed calls and conversations via WhatsApp that linked GAMEZ SALAS to several offenses, including some of the conduct described herein for which Chile seeks GAMEZ SALAS's extradition.

g.    Among other things, authorities' analyses of Gonzalez Arcaya's telephone revealed that Gonzalez Arcaya was an active participant in a WhatsApp group called "de la mano de dios" (which translates, in English, to "from the hand of God" or "by God's hand").  Analyzing conversations in that WhatsApp group, Chilean authorities discovered that members of Los Piratas used the "de la mano de dios" WhatsApp group to plan multiple kidnappings. Additionally, based on a forensic analysis of Gonzalez Arcaya's telephone, Chilean authorities determined that the "de la mano de dios" WhatsApp group was created and administered by a user who was saved on Gonzalez Arcaya's telephone under the name "Turko."

h.    As set forth herein, Chile's analysis of intercepted communications and other evidence led authorities determine that GAMEZ SALAS used the moniker "Turko."  In some of the evidence Chilean authorities obtained, GAMEZ SALAS's alias was spelled alternatively as "Turco."  According to information provided by Chile, GAMEZ SALAS is also known by the following aliases: "El Turko," "Turkino," "Viejo," "Rafa," "Rafita," "Gordo," "Musculito," and "Musculo."

i.    Authorities additionally identified from Gonzalez Arcaya's telephone another WhatsApp group, which had the icon of a pirate flag and which was created by a user named "Turko" on or about

6

February 10, 2024.  The pirate-flag group was configured so that messages sent in the group were automatically deleted after a certain period of time.  The group comprised individuals, whom Chilean authorities have identified as members of Los Piratas, and the majority of whom have been charged in Chile for the February 21, 2024, kidnapping and murder of R.O., detailed below -- one of the crimes for which Chile seeks GAMEZ SALAS's extradition.

j.  In addition to the facts described herein in support of Chile's charges, Chilean authorities also determined GAMEZ SALAS's leadership role in and involvement with Los Piratas based upon the following facts:[1]

i.  Analysis of Gonzalez Arcaya's telephone revealed that, shortly after Lieutenant E.S.S.'s homicide, GAMEZ SALAS issued instructions to Los Piratas members regarding actions they should take to avoid being caught by the police for this offense, including changing their clothing, switching their mobile telephones, concealing themselves if traveling together in the same vehicle, and dividing into groups of two if traveling by bus, among other measures.

ii.  In connection with an investigation of a kidnapping that occurred on or about December 14, 2023, Chilean authorities arrested Los Piratas member Edward Gonzalez Arango ("Gonzalez Arango") and seized his cellular telephone.  Authorities also seized a Chevrolet Onix vehicle that the perpetrators in that case had used to provide cover while the kidnapping victim was put

---

[1] To support the charge of criminal association, Chile included facts that not only support the charges set forth above (Paragraphs 2(b)-(e)), but other substantive crimes for which GAMEZ SALAS's extradition is not sought.

1    into another vehicle.  During the investigation of that kidnapping,

2    victims and witnesses (including a co-defendant in that case) told

3    Chilean authorities that the driver who picked up the victim was

4    called "Musculito" or "Turko."

5                    iii. When Chilean authorities searched Gonzalez

6    Arango's telephone that had been seized upon his arrest for the

7    December 14, 2023, kidnapping, they found, among other things, a

8    WhatsApp conversation from on or about December 7, 2023, in which

9    Gonzalez Arango sent "Turko" a photograph of a license plate bearing

10   the number PRGW-16.  Following the April 10, 2024, homicide of

11   Chilean Lieutenant E.S.S., Chilean authorities seized a Chevrolet

12   Onix that Los Piratas members used in that crime.  The car's license

13   plate bore the number PYSZ-11 at the time of the seizure.  Chilean

14   authorities then discovered that the car's license plate was

15   falsified; according to the chassis and engine numbers, the vehicle

16   was originally registered under license plate PRGW-16 -- the same

17   license plate number that had been sent by Gonzalez Arango to "Turko"

18   via WhatsApp a few months before.

19                   iv.  Analysis of Gonzalez Arcaya's telephone further

20   revealed that GAMEZ SALAS used the "de la mano de dios" WhatsApp

21   group to, among other things, plan the attempted kidnapping of a

22   victim, L.C.R., on or about March 3, 2024, and share personal details

23   about the victim with other members of the WhatsApp group.  Messages

24   in the "de la mano de dios" WhatsApp group on Gonzalez Arcaya's

25   telephone further indicated that, when L.C.R. did not come out of his

26   home while he was being surveilled on the day of the planned

27   kidnapping, GAMEZ SALAS called off the kidnapping operation for that

28   day.

v.   Analysis of Ramirez Oliveros's telephone revealed a recorded video conversation between GAMEZ SALAS and another member of Los Piratas, in which GAMAZ SALAS stated that loyalty and commitment to the organization had to be maintained, reassured the member that nothing would happen to them, and advised Los Piratas members to avoid gathering together too frequently because doing so could risk the entire group's exposure.  In the same conversation, GAMEZ SALAS also discussed promotions within the criminal structure, telling another member to remain focused on his tasks and stop "partying," as another member was next in line to take over his position.  He also noted that another member would need to act as the right-hand man to this successor because they could not both perform the same role simultaneously.

vi.   Analysis of Gonzalez Arcaya's telephone revealed that, on or about March 26, 2024, GAMEZ SALAS posted an image specifying the drug prices set by Los Piratas, warning that selling below these rates was prohibited.

vii. Analysis of Gonzalez Arcaya's telephone also revealed a WhatsApp conversation between Gonzalez Arcaya and another Los Piratas member known as "Morocho" (subsequently identified as Jose Narciso Bracamante Montillo), who was responsible for acquiring logistical resources for Los Piratas's crimes.  In that conversation, Gonzalez Arcaya expressed his intent to carry out a kidnapping, to which "Morocho" responded as follows (translated from the original Spanish): "Man, I'm waiting for Musculo to call me, I'm waiting for Musculo to call me to tell me to get the team together, but I'm not going to tell anyone anything."  As detailed herein, the Chilean

investigation identified "Musculo" and "Musculito" as aliases of GAMEZ SALAS.

viii.    In connection with an investigation of a kidnapping for extortion that Los Piratas members committed on or about June 12, 2024, Chilean authorities arrested Nixon Quintero Chourio ("Chourio") while he was transporting the kidnapped victim in a vehicle.  During questioning in that matter on or about June 15, 2024, Chourio told authorities that the individual who had planned the kidnapping and made the extortion calls in that case was known by the alias "Turko."  Chourio further told authorities that "Turko" played a leading role in and ordered the kidnapping.  Chourio also explained that Los Piratas member Huascar Baez Pena sent "Turko" a photograph of the intended kidnapping victim prior to the kidnapping; "Turko" then forwarded this photograph to his operatives; and at least one operative maintained direct contact with "Turko" throughout the kidnapping operation.  Additionally, Chourio said that, after the victim was kidnapped, another operative conducted video calls with "Turko" and showed the victim to "Turko" on camera.  Moreover, the victim's partner told the police that, while the victim was being held, an individual contacted the victim's partner via video call and extorted a payment of 20 million Chilean pesos (approximately USD 23,100) for an alleged drug-related debt between the victim's partner and the criminal organization.  The victim's partner also provided Chilean police with a screen shot of the person who had video called the victim's partner, which subsequently assisted Chilean authorities in identifying "Turko," as set forth below.

ix.  Analysis of Gonzalez Arcaya's telephone revealed a chat conversation between GAMEZ SALAS and Gonzalez Arcaya, which

indicated that, in or about April 2024, Los Piratas members were in direct contact with GAMEZ SALAS to coordinate a kidnapping while they were actively engaged in robberies in Santiago. Gonzalez Arcaya sent a video to GAMEZ SALAS, informing GAMEZ SALAS that Los Piratas members had been carrying out robberies while on motorcycle. Subsequently, GAMEZ SALAS issued orders regarding a kidnapping the group was planning, instructing them to use the victim's own vehicle for the crime.

## EXTORTION AND UNJUSTIFIED FIREARM DISCHARGE
## (Victim R.D.S.D.) – December 2023

k.    Victim R.D.S.D. was the owner of a minimarket in the district of Independencia, in Santiago, Chile.

l.    On or about December 20, 2023, R.D.S.D. reported to Chilean police that, the previous day (on or about December 19, 2023), he received threatening WhatsApp messages that extorted him to pay money in exchange for protection, displayed photographs of his family, and contained a video depicting a grenade, accompanied by a threat stating that the grenade would be thrown at his place of business.

m.    R.D.S.D. reported that one of the threatening WhatsApp messages he received on December 19, 2023, stated the following:

"Good evening, R.  First of all, a greeting.  Read carefully what I'm about to write.  We have your location. We know that you own a 2022 Mazda, that you live on the ground floor of the Inglaterra building with white gates, that you own two minimarkets, a bakery, two warehouses, and that you have various businesses in the area.  We require your cooperation with our organisation.  In return, we will

11

provide you with protection for all your businesses and
your home.  If you are not willing to cooperate, things
will become far more costly for you.  I expect you to treat
me with respect and provide a clear and positive response
to my request.  I repeat: we are an organisation.  Do not
play with us, we are breathing down your neck.  I await
your response."

n.   R.D.S.D. told authorities that he chose to ignore the
messages.  He further told authorities that on or about December 27,
2023, at approximately 11:45 p.m., while he was cleaning his private
residence, which was adjacent to his business premises, he heard a
burst of gunfire.

o.   Security camera footage from the scene showed that, at
approximately 11:45 p.m. on December 27, 2023, two individuals
arrived on a motorcycle and opened fire on R.D.S.D.'s business
premises.  Subsequent analysis of the crime scene by police revealed
fifteen bullet casings on the public roadway outside R.D.S.D.'s
business.  The police report from the crime scene also indicated that
the discharge of firearms caused damage to the property.

p.   Subsequently, on or about January 12, 2024, Chilean
authorities arrested <u>Los Piratas</u> member Gonzalez Arango in connection
with an unrelated kidnapping for ransom that took place on or about
December 14, 2023.  In connection with his arrest, authorities seized
and conducted a search of Gonzalez Arango's cellular telephone.  Upon
analyzing data recovered from the telephone, authorities found a
WhatsApp conversation, dated January 8, 2024, between Gonzalez Arango
and a telephone number that was listed in Gonzalez Arango's telephone
under the WhatsApp profile name "Turko."  In that WhatsApp

conversation, "Turko" sent Gonzalez Arango a link to a news article reporting on an extortion incident at a commercial establishment in Independencia, which corresponded to the December 27, 2023, shooting at R.D.S.D.'s business.  The news article reported, among other things, that a threat was delivered to the victim via WhatsApp, featuring a video in which grenades were displayed as a means of intimidation to coerce payment for protection; that the video ended with the extortionist warning that the attacks would begin that same day; and that, shortly thereafter, two individuals on a motorcycle carried out a series of firearm attacks on the commercial establishment.  Gonzalez Arango then sent "Turko" a voice message stating the following (translated from the original Spanish): "Alright, go for it, go for it, go for it, so we can get moving right away.  There's some money we need to collect over there, so let's coordinate with that guy right away.  They sent me the number of another guy over there so we can coordinate properly."  "Turko" then texted the following to Gonzalez Arango (translated from the original Spanish): "[T]hat shithead doesn't want to pay, I'm going to hit him again."

        q.  Based on Chile's investigation, including the January 8, 2024, WhatsApp conversation between "Turko" and Gonzalez Arango, Chilean authorities believe that "Turko" was the person who sent R.D.S.D. the threatening messages on December 19, 2023, and that, when R.D.S.D. refused to pay the amount demanded, "Turko" ordered the two individuals to target R.D.S.D.'s business premises.

1
2

**KIDNAPPING RESULTING IN HOMICIDE**

**(Victim R.O.) – February 2024**

3       r.   On or about February 29, 2024, a witness approached
4   Chilean police, requesting that his identity be protected.  The
5   witness told authorities that a resident of the Santa Marta housing
6   development, in the district of Maipú, in Santiago, Chile, had told
7   him that, on or about February 24, 2024, at approximately 11:00 p.m.,
8   a group of Venezuelan nationals had transported tools, such as
9   shovels, buckets, and wheelbarrows, from one shack to another, where
10  they then conducted an excavation.  The witness further stated that
11  the group later covered the excavated ground with cement and that,
12  the following day, the group began removing their belongings, stating
13  that they were involved in something very serious and that they
14  needed to leave the area immediately.  The witness also provided
15  authorities with details regarding the location.

16       s.   Later that same day (February 29, 2024), Chilean
17  authorities followed the directions provided by the witness and,
18  using a drone, conducted an aerial survey of the internal streets of
19  the Santa Marta housing development.  There, they found a property
20  with a cement floor that appeared to have been recently installed.
21  On or about March 1, 2024, Chilean authorities conducted a lawful
22  search of two makeshift dwellings located at the housing development.
23  In one of the dwellings, after drilling into the concrete floor
24  beneath a bed and a synthetic grass carpet, authorities discovered a
25  body.  Subsequent forensic analysis confirmed that the body was that
26  of R.O., a former Lieutenant in the Venezuelan military who was
27  living in Independencia, in Santiago, Chile, at the time.  R.O.'s
28  body was found covered in lime, concealed inside a suitcase, buried

in concrete more than three feet deep, and then sealed beneath a concrete slab.

t.   An autopsy report, dated April 4, 2024, determined that R.O.'s cause of death was "[a]sphyxia due to hanging."  The report further found that R.O. suffered "[a]cute respiratory failure of mechanical origin, resulting from progressive fatigue of the respiratory musculature due to complete body suspension by the upper extremities," and that his death was a "[v]iolent death consistent with a medico-legal classification of homicide."  The report also noted "[e]vidence of physical restraint to both upper and lower extremities," the "[p]resence of lesions consistent with torture," "[e]vidence of incomplete postmortem dismemberment," and the presence of evidence at the recovery site that indicated "deliberate concealment of the body."

u.   The ensuing Chilean investigation found that R.O. had been killed after being kidnapped from his home by members of Los Piratas.  In particular, based on Chilean authorities' analysis of evidence -- including, among other things, a witness statement from R.O.'s wife; a statement from one of the perpetrators who was an eyewitness to portions of the kidnapping; surveillance footage taken from R.O.'s apartment building, local highways, and elsewhere; and evidence left behind in an abandoned vehicle on the highway -- Chilean authorities determined that, on or about February 20, 2024, at approximately 11:00 p.m., two Los Piratas members arrived near the apartment building in Independencia where R.O. lived with his family.  The two individuals set up a surveillance post in the immediate vicinity of the building to provide cover and support for the operation.  Subsequently, at approximately 3:05 a.m. on February 21,

2024, five other Los Piratas members arrived at the building, armed with firearms and driving a car equipped with a blue light in apparent attempt to impersonate officers of the Chilean Investigative Police ("PDI"). One of the perpetrators entered the building lobby first and presented a falsified warrant to the building concierge. Three of the other perpetrators then entered, carrying a metallic battering ram, and took the elevator to R.O.'s floor, where they used the battering ram to force entry into R.O.'s apartment. Upon entering, they handcuffed R.O., threatened him with firearms, and forcibly removed him from the building and into a car waiting outside. The above autopsy report determined that R.O. likely remained alive for approximately 24 to 48 hours following the time of his forced disappearance.

v.    As detailed below, the Chilean investigation found that, in the days leading up to the February 21, 2024, kidnapping, members of Los Piratas received instructions from Tren de Aragua leadership, through Carlos Bobby and GAMEZ SALAS, to kidnap and kill R.O. Further, GAMEZ SALAS, acting with prior authorization from Carlos Bobby, took charge of coordinating the operation and was involved in the planning and execution of the crime.

w.    Chilean authorities obtained testimony from a member of Los Piratas who told authorities that R.O.'s kidnapping and murder were ordered by leaders of Tren de Aragua. Chilean authorities also obtained testimony from one or more Los Piratas members indicating that Carlos Bobby, upon receiving an order from Tren de Aragua leadership to kidnap and murder R.O., decided to entrust the task to GAMEZ SALAS. One of those Los Piratas members further told authorities that, on or about February 25, 2024 (a few days after the

kidnapping), there was a meeting at that individual's home, where Carlos Bobby instructed that all those who had participated in the crime against R.O. should leave Chile.  In testimony provided to Chilean authorities, another witness, whose role in Los Piratas was to kidnap and hold victims captive, stated that R.O.'s kidnapping was to be paid for from outside of Chile.

x.    In or about 2024, as part of the investigation into R.O.'s kidnapping and murder, Chilean authorities analyzed WhatsApp chats and other data found on cell telephones they had previously seized from Los Piratas members Gonzalez Arcaya, Ramirez Oliveros, and Gonzalez Arango.  Based on their analyses of the seized telephones, Chilean authorities found the following, among other things:

i.    An analysis of data recovered from the telephone of Gonzalez Arcaya revealed that, on or about February 10, 2024, "Turko" created the pirate-flag WhatsApp group and selected and added to that WhatsApp group the individuals who would participate in the kidnapping and killing of R.O.

ii.   An analysis of data recovered from the telephone of Ramirez Oliveros revealed that Ramirez Oliveros saved on his telephone screen shots of conversations from the pirate-flag WhatsApp group.  Among other things, Chilean authorities extracted from Ramirez Oliveros's telephone screen shots of a conversation in the pirate-flag WhatsApp group, dated February 11, 2024, in which a member of the WhatsApp group discussed plans for the kidnapping and homicide of R.O. and issued initial instructions to the group.  That individual wrote to the group that he had been assigned the task of coordinating and executing the kidnapping and homicide of R.O.,

noting that "from above they had entrusted him with it."  The
individual also indicated to the group that, to commit the offense,
the perpetrators would be disguised as PDI officers, and he stated
that this tactic had been authorized by the upper echelons of the
criminal organization.  The individual further indicated that only
one person should speak the next day to explain the plan, thereby
instructing operatives to maintain secrecy regarding the operation.

iii. Through analyses of telephones seized from
Gonzalez Arcaya, Ramirez Oliveros, and Gonzalez Arango, authorities
determined that the sender of those messages was "Turko." Among other
things, the WhatsApp profile picture for that user matched the
WhatsApp profile picture that Chilean authorities found was
associated with two telephone numbers that were saved as contacts on
Gonzalez Arango's telephone.  One of those telephone numbers was
saved in Gonzalez Arcaya's telephone under the name "Turko."

iv.  From Ramirez Oliveros's telephone, Chilean
authorities also extracted screen shots of conversations in the
pirate-flag WhatsApp group, dated February 11, 2024, in which "Turko"
instructed his subordinates to meet at the residence of co-
conspirator Wimner Rivas Olivares in the Santa Marta housing
development in the district of Maipú, Chile.

v.  An analysis of data recovered from the telephone
of Gonzalez Arcaya revealed that, after the kidnapping of R.O., Los
Piratas members who had fled Chile after participating in the crime
wrote messages on the WhatsApp group "de la mano de dios" saying
goodbye to the group.  In those discussions, some of the members used
pirate emojis.  As described above, the "de la mano de dios" WhatsApp
group was created and administered by a user who was saved on

18

1  Gonzalez Arcaya's telephone under the name "Turko," who was

2  subsequently identified as GAMEZ SALAS.

3         y.   In or about December 2024, March 2025, and September

4  2025, Chilean authorities obtained testimony from two protected

5  witnesses, both of whom were Los Piratas members who had been charged

6  in Chile in or about June 2024 with R.O.'s kidnapping.  One of the

7  witnesses was responsible for logistics for Los Piratas and had

8  direct contact with local Los Piratas bosses, including "Turko."  The

9  other witness was an armed member of the group, responsible for

10 obeying orders given by Los Piratas leaders.  According to the

11 witnesses, at the meeting at the residence of co-conspirator Wimner

12 Rivas Olivares at which "Turko" mandated attendance, the group

13 discussed the plan for the kidnapping and murder of R.O. and received

14 orders for its execution.  Among other things, Gonzalez Arcaya was

15 assigned the responsibility of storing and securing bulletproof

16 vests, which would be worn during the crime to impersonate PDI

17 officers.  Once the group was fully assembled and coordinated, they

18 secured the necessary resources for the execution of the plan,

19 including vehicles, firearms, police uniforms to impersonate Chilean

20 police officers, a metallic battering ram, a designated location to

21 detain the kidnapped victim, and a separate site to dispose of the

22 body.  The group also gathered intelligence on R.O. and assigned

23 specific roles to each participant, including abducting the victim

24 from his residence, providing security for the criminal operation,

25 transporting, detaining, and executing the victim, and disposing of

26 the body.

27        z.   On or about December 27, 2024, a confidential witness

28 provided testimony to Chilean authorities stating that his friends

and acquaintances were involved in the kidnapping and murder of R.O. The witness stated that he was added to the pirate-flag WhatsApp group approximately ten days before the crime. The witness also said that, in the group, an individual using the nickname "Turko" wrote that the leaders of Tren de Aragua had entrusted him with a task, which was to be carried out with the perpetrators disguised as PDI officers. The witness further told authorities that he had attended a meeting at the home of another co-conspirator, Dayonis Junior Castillo Orozco, where the witness participated in a video call in which "Turko" explained the plan for the crime.

## KIDNAPPING FOR EXTORTION
### (Victim H.A.T.R.) — February 2024

aa. Victim H.A.T.R. was a business owner who lived in the district of Cerrillos, in Santiago, Chile, and sold clothing, accessories, and footwear on Instagram.

bb. On or about April 17, 2024, H.A.T.R. contacted Chilean police to report that he had seen photographs of Gonzalez Arcaya on television in connection with news coverage of arrests made in the case of Lieutenant E.S.S. (see above). H.A.T.R. told the police that he recognized Gonzalez Arcaya as one of multiple individuals who had kidnapped H.A.T.R. on or about February 28, 2024. H.A.T.R. also relayed that he recognized Gonzalez Arcaya as the person who had approached him to buy sneakers and then kidnapped him. H.A.T.R. also provided the police with Gonzalez Arcaya's Instagram profile, which he had identified after noticing that one of the photographs on Gonzalez Arcaya's Instagram profile depicted a ring that had been stolen from him when he was kidnapped.

1          cc.   Based on a statement from H.A.T.R. and an analysis of

2    surveillance footage, Chilean authorities determined that H.A.T.R.

3    was lured to the front of his residence in Cerrillos on February 28,

4    2024, at approximately 11:00 p.m., whereupon armed perpetrators

5    approached H.A.T.R., threatened him, forced him into a car, kidnapped

6    him, seized his belongings, and then called H.A.T.R.'s partner and

7    demanded cash, jewelry, and other valuables in exchange for

8    H.A.T.R.'s release.   H.A.T.R.'s partner complied with the demands of

9    extortion and paid a ransom, and H.A.T.R. was then released to an

10   intersection in the road.

11          dd.   Following H.A.T.R.'s report to the police, Chilean

12   authorities performed a forensic analysis of the telephone they had

13   previously seized from Gonzalez Arcaya.   Review of the telephone

14   revealed that Gonzalez Arcaya was an active participant in the "de la

15   mano de dios" WhatsApp group and that, on February 28, 2024, and in

16   the days leading up to that date, "Turko" and other members of the

17   group used the "de la mano de dios" WhatsApp group to plan and

18   execute the February 28, 2024, extortive kidnapping of H.A.T.R.

19   Analysis of messages in the "de la mano de dios" WhatsApp group,

20   recovered from Gonzalez Arcaya's telephone, revealed the following,

21   among other things:

22          i.   "Turko" selected H.A.T.R. as the victim of the

23   kidnapping and instructed co-conspirator Antony Barboza Bracho

24   (Barboza Bracho) to contact H.A.T.R. via Instagram.   "Turko" ordered

25   Barboza Bracho to pose as a customer interested in purchasing a pair

26   of shoes, to arrange a meeting and obtain H.A.T.R.'s telephone number

27   and business location.   Barboza Bracho met with H.A.T.R. and obtained

28   his telephone number.

1          ii.  Once "Turko" obtained H.A.T.R.'s information,

2    "Turko" shared photographs of H.A.T.R. and the details of H.A.T.R.'s

3    telephone number and place of work in the WhatsApp group.

4          iii. "Turko" then sent messages in the WhatsApp group

5    in which he issued orders for the kidnapping and assigned specific

6    roles among the members of the group for the execution of the

7    offense.  Among other things, "Turko" instructed two co-conspirators

8    to secure the necessary vehicles and drivers for the kidnapping of

9    H.A.T.R.  "Turko" also directly ordered co-conspirator Gonzalez

10   Arcaya to pose as a potential buyer and try on shoes to distract

11   H.A.T.R. and enable the other accomplices to subdue him and force him

12   into a vehicle.  "Turko" further instructed Gonzalez Arcaya to wear

13   long sleeves to prevent identification by his tattoos.  Later, in the

14   WhatsApp group, "Turko" ordered other members to send a message to

15   H.A.T.R. to lure him from his home.

16                **EXTORTION AND UNJUSTIFIED FIREARM DISCHARGE**

17                      **(Victim L.D.C.A.) – April 2024**

18         ee.  Victim L.D.C.A. was the owner of a commercial

19   establishment in the district of Estación Central, in Santiago,

20   Chile.

21         ff.  On or about April 9, 2024, L.D.C.A. reported to the

22   police that, earlier that night, at approximately 8:24 p.m., L.D.C.A.

23   had received an extortion call via WhatsApp.  The male caller

24   demanded that L.D.C.A. pay money in exchange for protection, warning

25   that, if L.D.C.A. refused, she would have to face the consequences.

26         gg.  L.D.C.A. told authorities that, when she declined to

27   pay, the caller began making threats, warning her that he would send

28

someone to shoot at her commercial premises.  The victim recorded the threats on her telephone.

        hh.  L.D.C.A. further provided police with a message she had received shortly after she refused to pay the caller.  The message showed a photograph of L.D.C.A. and her partner, and stated, "Don't worry… you've already lost the chance to settle things the right way."

        ii.  Security camera footage from around L.D.C.A.'s business showed that, at approximately 8:45 p.m., two individuals arrived at L.D.C.A.'s business on a motorcycle and fired approximately eight shots at L.D.C.A.'s storefront while L.D.C.A. was inside.  Additionally, security camera footage from L.D.C.A.'s business premises on the night of the incident showed Gonzalez Arcaya discharge a firearm at L.D.C.A.'s business premises, causing damage to the property.

        jj.  L.D.C.A. further told authorities that, the following day, April 10, 2024, she received additional threats on WhatsApp from the same number used in the previous day's extortion call.  On or about April 11, 2024, L.D.C.A. provided the police with a recording of an extortion call she received on April 10, 2024, which stated the following (translated from the original Spanish):

    "Let's see if you still think the same.  Reach out, and
    what I'm going to tell you is this: the PDI [Chilean
    police] will not be with you 24/7, so it's better to come
    to an agreement. Don't be stupid, you have more to
    lose . . . If you shut down the business . . . So, get in
    touch, you have 24 hours, otherwise, you will face the
    consequences."

kk.   Based on a comparison of the victim's recording of the extortion call against voice and video messages seized from cell telephones in unrelated Chilean investigations involving "Turko," Chilean authorities determined that "Turko" was the person who called and sent threatening messages to L.D.C.A.

ll.   Authorities also further analyzed data on Gonzalez Arcaya's telephone.  Among other things, images found on Gonzalez Arcaya's telephone showed Gonzalez Arcaya holding a firearm in his right hand and, in his left hand, holding his cell telephone, on which he recorded himself carrying out the shooting.

mm.   Additionally, analysis of Gonzalez Arcaya's telephone indicated that, moments before Gonzalez Arcaya fired the shots at L.D.C.A.'s store, "Turko" initiated a group video call with Gonzalez Arcaya and five other individuals.

nn.   Further, authorities found on Gonzalez Arcaya's telephone a video file, dated April 9, 2024, in which a subject is seen firing a gun at a gate.  Analysis of Gonzalez Arcaya's telephone revealed that, on or about April 9, 2024, Gonzalez Arcaya sent that video to "Turko" via WhatsApp.

oo.   Based on the evidence described above, including that "Turko" threatened L.D.C.A. and held a call with Gonzalez Arcaya and others moments before Gonzalez Arcaya fired the shots at L.D.C.A.'s store, Chilean authorities concluded that "Turko" was the person who issued the order to Gonzalez Arcaya to go to L.D.C.A.'s business premises on the night of the incident, and that, following the crime, Gonzalez Arcaya sent the video to "Turko" to report back and send proof of his compliance with "Turko's" order.

1

## IDENTIFICATION OF "TURKO" AS GAMEZ SALAS

2      pp.  As referenced above, in connection with Chile's

3  investigation of the kidnapping for extortion that Los Piratas

4  members committed on or about June 12, 2024, the arrested defendant,

5  Chourio, told authorities that the person who had planned that

6  kidnapping and made the extortion calls was known by the alias

7  "Turko."  On or about June 12, 2024, the victim's partner filed a

8  report with Chilean police and provided Chilean police with a screen

9  shot of the person who had video called the victim's partner to

10  demand 20 million Chilean pesos (approximately USD 23,100) in

11  exchange for the release of the victim in that case.

12      qq.  Relatedly, analysis of Gonzalez Arcaya's cell

13  telephone seized upon his arrest for the homicide of Chilean

14  Lieutenant E.S.S. revealed, among other things, a screen shot from a

15  video call depicting a man with the same physical features as the man

16  depicted in the photograph the partner of the victim kidnapped on

17  June 12, 2024, provided to authorities.

18      rr.  Moreover, authorities found on Gonzalez Arcaya's

19  telephone nine contacts listed under the name "Turko" or "Turkoo."

20  Two of those contact entries included identical telephone numbers

21  with a U.S. area code.  Chilean authorities observed that the

22  WhatsApp profile photograph of the contact with that telephone number

23  depicted a minor boy.  Chilean authorities then performed open-source

24  facial-recognition searches for that WhatsApp profile photograph and

25  the screen shot recovered from Gonzalez Arcaya's telephone.  They

26  found that the individuals depicted in both photographs were

27  associated with an Instagram account under the name "Turko" and with

28  a Facebook account under the name "Adrian Gamez."  The profile for

the Instagram account included contact information for a person listed as "Rafa."

ss.  Putting together the iterations of these names, Chilean authorities then conducted an open-source search for the name "Rafael Gamez," and identified a Facebook account under that name. Information on this Facebook account matched information on the Instagram account under the name "Turko" and the Facebook account under the name "Adrian Gamez."  Specifically, among other things, the cover photograph for the "Rafael Gamez" Facebook account depicted a screen shot from an Instagram account under the name "turkopakistan." Additionally, posts on the "Rafael Gamez" Facebook account referred to a son, who had a separate Facebook account under the name "Turkito [Redacted]"; on the "Turkito [Redacted]" Facebook account, authorities found a photograph, captioned "Dad," which physically resembled the photographs of "Turko" described above.

tt.  Additionally, Chilean authorities identified an Instagram post, dated in or about August 2023, which announced the arrest in Venezuela of "Rafael Enrique Gamez Salas" and listed a Venezuelan identification number for him.  The photograph in the post physically resembled "Turko."  Upon searching public records for that Venezuelan identification number, Chilean authorities found that the Venezuelan identification number is associated with GAMEZ SALAS. Among other things, the birth month and day associated with the Venezuelan identification number matched the birth month and day GAMEZ SALAS provided to Chilean authorities on his immigration application when he entered Chile, and the Venezuelan city associated with the Venezuelan identification number matched the city GAMEZ

SALAS stated he is from on various of his social media profiles reviewed by Chilean authorities.

uu.  In addition, Chilean authorities found, on a public Facebook account under the name "Gene Ferrer," a photograph of a minor boy who appeared to be the same boy depicted in the WhatsApp profile photograph associated with the telephone number listed in Gonzalez Arcaya's telephone under "Turko."

vv.  A search of Chilean migration records revealed that, in 2020, "Genesis Ferrer" entered Chile with her son, a Venezuelan national.  In a statement to authorities at the time, she indicated that she was coming to Chile to live with her partner, "Adrian Rafael Gamez Finol."

ww.  Chilean authorities performed an expert morphological comparison of the photograph on the Chilean identity card for "Adrian Rafael Gamez Finol" against the screen shot recovered from Gonzalez Arcaya's telephone, which had matched the photograph of "Turko" provided to authorities by the partner of the victim of the June 12, 2024, kidnapping.  The analysis concluded that, although there were differences in weight and apparent age, there were "notable similarities in several facial features, including unique and distinguishing elements."

xx.  On or about May 20, 2025, a Tren de Aragua member, who was a protected witness in Chile's investigations in this matter, told Chilean authorities that "Turko" was also known as "Musculito." Later that same day, Chilean authorities showed that witness a photograph of GAMEZ SALAS that was taken around the time GAMEZ SALAS obtained his Chilean identity card, and the witness immediately recognized GAMEZ SALAS as "Musculito."

yy.   The person depicted in the photograph on the Chilean identity card for "Adrian Rafael Gamez Finol" bears a striking resemblance to a U.S. Bureau of Prisons photograph of GAMEZ SALAS.

6.   That GAMEZ SALAS may be found within the jurisdiction of this Court.  In or about April 2025, GAMEZ SALAS pleaded guilty in the Southern District of Texas to the offense of Alien Unlawfully Found in the United States After Deportation, in violation of 8 U.S.C. § 1326(a) (<u>United States v. Rafael Enrique Gamez-Salas</u>, S.D. Tex. Case No. 1:25CR00098-001).  He currently is in U.S. Bureau of Prisons custody at FCI Victorville Medium II, in Victorville, California, within the Central District of California.  According to the U.S. Bureau of Prisons website, he is scheduled to complete his sentence on or about March 23, 2026.

7.   That the Government of Chile has represented that it will submit a formal request for extradition, supported by the documents specified in the Extradition Treaty, within the time required under the Extradition Treaty.

WHEREUPON complainant respectfully requests that a warrant for GAMEZ SALAS's arrest be issued, based on probable cause, pursuant to Title 18, United States Code, Section 3184, and the extradition treaty between the United States and Chile, so that the fugitive may

\\
\\
\\
\\
\\
\\
\\

1  be arrested and brought before this Court to the end that the

2  evidence of criminality may be heard and considered.

3

4  DATED: This <u>6th</u> day of March 2026, at Los Angeles, California.

5                              Respectfully submitted,

6                              TODD BLANCHE
                               Deputy Attorney General
7
                               BILAL A. ESSAYLI
8                              First Assistant United States Attorney

9                              ALEXANDER B. SCHWAB
                               Assistant United States Attorney
10                             Acting Chief, Criminal Division

11
                               */s/ John J. Lulejian*
12                             JOHN J. LULEJIAN
                               Assistant United States Attorney
13
                               Attorneys for Complainant
14                             UNITED STATES OF AMERICA

15

16  Subscribed and sworn to by
    the applicant by telephone on
17  this <u>6th</u> day of March 2026.

18

19  _____
    HONORABLE PEDRO V. CASTILLO
20  UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

                                29