Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED

2026 MAR 11  AM 8: 15

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

V.

PLAINTIFF

Rafael Enrique Gamez Salas

USMS#  68225-511

DEFENDANT

CASE NUMBER:

2:26-mj-01311-DUTY

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed.  Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 03/11/2026 @ 0730 at ☒ AM ☐ PM

or

The defendant was arrested in the _____ District of _____ on _____ at ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:

18 USC 3184

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☐ No  ☒ Yes  Language:  Spanish

7. Year of Birth: 1986

8. Defendant has retained counsel:  ☒ No

☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified:  Duty

10. Remarks (if any): _____

11. Name: A.Kirby  (please print)

12. Office Phone Number: 213-559-5841  13. Agency: USMS

14. Signature: A.Kirby  15. Date: 03/11/2026

CR-64 (09/20)  REPORT COMMENCING CRIMINAL ACTION