**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | | |
|---|---|---|
| | **PLAINTIFF** | ☑ LA ☐ RS ☐ SA   DATE FILED: 3/6/2026 |
| | | CASE NUMBER: 2:26-mj-01311-DUTY   ☐ Under Seal |
| v. | | INIT. APP. DATE: 3/11/2026   TIME: 1:30 PM |
| Rafael Enrique Gamez Salas | | CHARGING DOC: Extradition |
| | | DEFENDANT STATUS: In Custody |
| | | ☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT |
| | **DEFENDANT.** | VIOLATION: 18:3184 |
| | | COURTSMART/REPORTER: CS 3/11/2026 |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE   Charles F. Eick | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

PRESENT:   Bea Martinez _____   *John Lulejian* _____   Spanish *Alejandro Franco*
　　　　　　*Deputy Clerk* 　　　　　 *Assistant U.S. Attorney* 　　　 *Interpreter / Language*

☐ INITIAL APPEARANCE NOT HELD - CONTINUED

☑ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; <u>see</u> General Order 21-02 (written order).

☑ Defendant informed of charge and right to:  remain silent; appointment of counsel, if indigent; right to bail; bail review and ☐ preliminary hearing OR ☐ removal hearing / Rule 20.

☑ Defendant states true name ☑ is as charged ☐ is _____

☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name.  Counsel are directed to file all future documents reflecting the true name as stated on the record.

☑ Defendant advised of consequences of false statement in financial affidavit.  All financial affidavits must be filed under seal.

☑ Attorney: Erica Choi _____   ☐ Retd. ☑ Apptd. ☐ Prev. Apptd. ☑ DFPD ☐ Panel ☐ Poss. Contribution
Ordered (see separate order) ☐ Special appearance by: _____   ☐ CJA 1-Day Provisional Appt _____

☑ Government's request for detention is:  ☑ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED *w/o prejudice*

☐ Contested detention hearing is held. ☑ Defendant is ordered: ☑ Permanently Detained ☐ Temporarily Detained (see separate order)

☐ BAIL FIXED AT $ _____   **(SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)**

☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case:  ☐ GRANTED   ☐ DENIED

☐ Preliminary Hearing waived.   ☐ Class B Misdemeanor   ☐ Defendant is advised of maximum penalties

☐ This case is assigned to Magistrate Judge _____ . Counsel are directed to contact the clerk for the setting of all further proceedings.

☐ **PO/PSA WARRANT**   ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.

☐ Preliminary Hearing set for _____ at _____ in Los Angeles

☐ Post-Indictment Arraignment set for: _____ at _____ in Los Angeles

☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED   ☐ DENIED

☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED   ☐ DENIED

☐ Defendant executed Waiver of Rights.   ☐ Process received.

☐ Court ORDERS defendant Held to Answer to _____ District of _____

　☐ Bond to transfer, if bail is posted. Defendant to report on or before _____

　☐ Warrant of removal and final commitment to issue.  Date issued: _____ By CRD: _____

　☐ Warrant of removal and final commitment are ordered stayed until _____ .

☑ Case continued to (Date) 5/29/2026 (Time) 9:30 ☐ AM / ☐ PM

☑ Type of Hearing: Status Conference Before Judge Eick _____ /Duty Magistrate Judge.
Proceedings will be held in the ☐ Duty Courtroom   ☑ Judge's Courtroom 750

☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.

☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.

☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.

☐ Electronic Release Order issued (*if issued using Release Book*: Release <u>Order No.</u> _____ ).

☐ Other: _____

*RECEIVED:* ☑ PSA ☐ PROBATION ☐ FINANCIAL ☑ CR-10   ☑ READY   Deputy Clerk Initials: bm /2