TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division
JOHN J. LULEJIAN (Cal. Bar No. 186783)
Assistant United States Attorney
      1200 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone:  (213) 894-0721
      Facsimile:  (213) 894-0141
      E-mail:      John.Lulejian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE EXTRADITION OF<br><br>RAFAEL ENRIQUE GAMEZ SALAS,<br>  aka "Adrian Rafael Gamez Finol,"<br>  aka "Turko,"<br><br>A Fugitive from the Government of the Republic of Chile. | No. 2:26-mj-01311<br><br>STIPULATION TO (1) SCHEDULE THE EXTRADITION HEARING AND BRIEFING, (2) ALLOW THE FILING OF OVER LENGTH BRIEFS, (3) ALLOW THE UNITED STATES TO FILE A REDACTED VERSION OF THE EXTRADITION REQUEST ELECTRONICALLY; AND (4) VACATE THE STATUS CONFERENCE;<br>[Proposed] ORDER |
|---|---|

     Plaintiff, United States of America, by and through its counsel of record, the Deputy Attorney General, First Assistant United States Attorney and Assistant United States Attorney John J. Lulejian, and relator RAFAEL ENRIQUE GAMEZ SALAS, also known as ("aka") "Adrian Rafael Gamez Finol," aka "Turko," by and through his counsel of record, Deputy Federal Public Defender Erica Choi, respectfully request this Court to schedule the extradition hearing for

October 23, 2026, at 9:30 a.m.  The parties further request this Court to set the briefing schedule as follows:

1.    The United States must file under seal the original Request for Extradition, bearing ribbons and seals on or before June 12, 2026;

2.    The United States must file a redacted version of the Request for Extradition on or before July 2, 2026;

3.    The United States must file its Memorandum in Support of the Request for Extradition on or before July 17, 2026;

4.    Relator must file his Opposition to the Request for Extradition on or before September 11, 2026; and

5.    The United States must file its Reply Memorandum in Support of the Extradition Request on or before October 9, 2026.

6.    The parties also respectfully request that the Court, pursuant to Local Rule 11-6, grant them leave to file over-length memoranda, not to exceed 10,000 words, in support of or in opposition to the Extradition Request.

7.    The parties further respectfully request that the Court grant the United States leave to file a redacted version of the Extradition Request to CM/ECF without first having to comply with the requirements of Local Rule 79-5.2.2.

8.    The parties further request that the Court vacate the Status Conference scheduled for May 29, 2026, at 9:30 a.m.

9.    The parties have met and conferred and believe that the proposed dates will allow for the prompt resolution of this extradition matter.  Further, they recognize that given the size of the Extradition Request, a thorough briefing of the issues before the Court will require them to file briefs in excess of 7,000 words, as

required by Local Rule 11.6-1.  Finally, the parties have discussed redactions to the Extradition Request and agree that personal identifying information and the graphic photographs of the evidence must be redacted.  The parties further agree that allowing the United States to file the Redacted Extradition Request directly to CM/ECF, without first having to comply with the procedures set forth in Local Rule 79-5.2.2, will make the lengthy document available to the public quickly and avoid taxing the limited resources of the Court.

IT IS SO STIPULATED.


May 28, 2026            /s/ John J. Lulejian
Date                    JOHN J. LULEJIAN
                        Assistant United States Attorney
                        Attorney for Plaintiff
                        UNITED STATES OF AMERICA


                        /s/ Erica Choi
May 28, 2026              (authorized by e-mail)
Date                    ERICA CHOI
                        Deputy Federal Public Defender
                        Attorney for Relator
                        RAFAEL ENRIQUE GAMEZ SALAS